IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| REGINALD LINDSEY,<br><br>      Plaintiff,<br><br>v.<br><br>UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/KANSAS CITY, KANSAS,<br><br>      Defendant. | Case No. 2:22-cv-02413-EFM-RES |

## JOINT NOTICE OF MEDIATION

Pursuant to the Court's Scheduling Order (Doc. 17), Plaintiff Reginald Lindsey and Defendant Unified Government of Wyandotte County/ Kansas City, Kansas, hereby provide notice that this matter will be mediated with mediator Joe Eischens of Eischens + Vogel Mediation Solutions on February 2, 2023. The contact information for Mr. Eischens is as follows: Eischens + Vogel Mediation Solutions, 8013 Park Ridge Drive, Parkville, Missouri 64152; telephone: (816) 210-5933. The mediation is scheduled to commence at 9:30 a.m. via online conferencing on Zoom.

Respectfully Submitted by,

By: /s/ Ashley E. Dillon

**STINSON LLP**

Ashley E. Dillon, KS #26292
Shelby N. Horne, admitted pro hac vice
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone 816-842-8600
Facsimile 816-691-3495
ashley.dillon@stinson.com
shelby.horne@stinson.com
ATTORNEYS FOR DEFENDANT

## Certificate of Service

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which sent notice to all counsel of record.

/s/ *Ashley E. Dillon*
Attorney for Defendant

CORE/0501343.0182/179689719.1